# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 7, 2021

Lyle W. Cayce
Clerk

No. 20-20453

Myra LaVergne,

*Plaintiff—Appellant*,

*versus*

University of Texas Medical Branch;
Texas Department of Criminal Justice,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1992

Before Higginbotham, Jones, and Costa, *Circuit Judges*.

Per Curiam:*

Myra LaVergne appeals the district court's grant of summary judgement to University of Texas Medical Branch ("UTMB") and the Texas Department of Criminal Justice. She alleges (1) race discrimination based on UTMB's failure to promote her to Cluster Nurse Manager, (2) race

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-20453

discrimination based on the termination of her employment, and (3) retaliation based on the termination of her employment. The district court granted summary judgment to the defendants on each claim.

This court has carefully reviewed the briefs, district court opinion, and pertinent portions of the record. Having done so, we find no reversible error of fact or law. The judgment is AFFIRMED.